■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL READ, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (Owens, J.),

both rendered April 13, 1984, convicting him of attempted criminal possession of a weapon in the second degree under indictment No. 4142/83 and criminal possession of a weapon in the third degree under indictment No. 1823/80, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are modified, on the law, by vacating the sentences imposed; as so modified, the judgments are affirmed and the matters are remitted to the Supreme Court, Kings County, for resentencing.

A defendant has an absolute right to be present, with counsel, during crucial stages in a criminal proceeding *(see, People v Ciaccio,* 47 NY2d 431). Because the defendant was sentenced in the absence of counsel, the matter must be remitted for resentencing *(see, People v Taylor,* 116 AD2d 678). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.